STATE

v.

James C. RAWLINSON.

No. 83–355–M.P.

Supreme Court of Rhode Island.

July 21, 1983.

Dennis J. Roberts II, Atty. Gen., for petitioner.

Paul J. DiMaio, Grilli, DiMaio & Berson, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied as interlocutory.

Catherine A. SURIANI et al.

v.

Gordon F. CELENDER et al.

DURASTONE COMPANY et al.

v.

CAPALDI BROS. CORPORATION

No. 83–362–M.P.

Supreme Court of Rhode Island.

July 21, 1983.

Samuel Miller, Providence, for petitioner.

Edward W. Moses, Asquith, Merolla, Anderson, Ryan, Wiley, C. R. Bengtson, Carroll, Kelly & Murphy, Berndt W. Anderson, Roberts, Carroll, Feldstein & Tucker Inc., Netti C. Vogel, Gunning, LaFazia & Gnip Inc., Providence, Albert Antonia, Pawtucket, for respondent.

ORDER

The petition for writ of certiorari is denied.